# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOTIAN SONG and AIHUA SONG, | Case No. 06cv2736 JM (AJB) |
| Plaintiffs, | |
| v. | ORDER GRANTING JOINT MOTION TO DISMISS AS MOOT |
| CHRISTINA POULOS, Acting Director of the California Service Center; EMILIO GONZALEZ, Director of the U.S. Citizenship and Immigration Services; and MICHAEL B. MUKASEY, Attorney General, | [Docket No. 20] |
| Defendants. | |

Having considered the parties' Joint Motion to Dismiss As Moot (Docket No. 20), and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS under Federal Rule of Civil Procedure 41(a)(ii) that the complaint is DISMISSED. Each party will bear its own costs.

Any other pending motions are denied as moot.

**IT IS SO ORDERED.**

DATED: November 26, 2007

Hon. Jeffrey T. Miller
United States District Judge